In the Matter of the Accounting of EDWIN B. MEEKS, as Executor of and Trustee under the Will of JOSEPH W. MEEKS, Deceased.

HELENA MEEKS et al., Appellants; EDWIN B. MEEKS, Individually and as Executor and Trustee, et al., Respondents.

*Matter of Meeks,* 133 App. Div. 932, affirmed.
(Argued November 10, 1909; decided November 30, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

June 18, 1909, which affirmed a decree of the Suffolk County Surrogate's Court settling the accounts of the executor and trustee herein.

*Nash Rockwood* for appellants.

*Eugene D. Hawkins, Alfred Gregory, E. G. Duval, John L. Lockwood, Jr.,* and *Charles E. Wilson* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.